**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**2nd Amended CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR:  Thomas Bowden                              CASE #  09-26181 JKO

☐  This document is plan summary.  Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of   60   months. In the event the Trustee does not collect the full 10% any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 177.10   for months   1   to   60  ;
  B.  $_____ for months _____ to _____;
  C.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00   TOTAL PAID $ 1,500.00
                Balance Due   $ 2,000.00   payable $ 125.00 /month (Months  1  to  16 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

1.  See below                   Arrearage on Petition Date $_____
                                Arrears Payment   $_____ /month  (Months ____ to ____)
                                Regular Payment   $_____ /month  (Months ____ to ____)
                                Arrears Payment   $_____ /month  (Months ____ to ____)

**IF YOU ARE A CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO br 7004 AND lr 3015-3.**

| Secured Creditor | Value Collateral | Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors:  [defined in 507]

1. _____ Total Due $_____
                          Payable   $_____ /month (months ____ to ____ )

Unsecured Creditors: Pay $ 161.00    /month (Months 17 to  60 ).
Unsecured Creditors: Pay $  36.00    /month (Months  1 to  16 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Direct payment to Wells Fargo Mortgage (acc#7080170284533).  Surrender real property to Wells Fargo Mortgage (acc# 65065056924620001) and (acc# 170490623). Direct payment to World Omni Finance on auto loan. Direct payment to HSBC Bank Nevada (acc#xxx1170)

I declare that the foregoing chapter 13 plan is true and correct.

_____           _____
Debtor                                              Signed by attorney with consent and authority of debtor